**IN RE: Dan LEE, Sr., Debtor.**

braska.

**Dan Lee, Sr., Appellant,**

**v.**

**D. Matthew Edwards, Appellee.**

**No. 17-1105**

United States Court of Appeals, Eighth Circuit.

Submitted: September 29, 2017

Filed: October 4, 2017

Dan Lee, Sr., Pro Se

D. Matthew Edwards, Burns & Taylor, Sikeston, MO, for Appellee

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Dan Lee appeals after the Bankruptcy Appellate Panel affirmed the bankruptcy court's [1] denial of a post-judgment motion in his Chapter 7 bankruptcy case. Having carefully reviewed the record and Lee's arguments on appeal, we find no basis for reversal. *See In re Vote*, 276 F.3d 1024, 1026 (8th Cir. 2002) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B. Lee's motion for a protective order is denied.

1. The Honorable Barry S. Schermer, United States Bankruptcy Judge for the Eastern District of Missouri.